# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLANCA ESTHELA ALVAREZ, | Case No.: 1:22-cv-1576 JLT EPG |
| Plaintiff, | ORDER AWARDING ATTORNEY'S FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | (Doc. 18) |
| Defendant. | |

Blanca Esthela Alvarez and Kilolo Kijakazi, the Acting Commissioner of Social Security, stipulated that Plaintiff shall be awarded fees and expenses in the amount of $7,900.00 pursuant to the Equal Access to Justice Act. (Doc. 18.) Accordingly, the Court **ORDERS:** Subject to the terms of the parties' stipulation, Plaintiff is **AWARDED** attorney's fees and expenses in the amount of $7,900.00 under 28 U.S.C. § 2412(d).

IT IS SO ORDERED.

Dated: __August 11, 2023__

UNITED STATES DISTRICT JUDGE

1